| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey<br><br>Albert Russo, Standing Chapter 13 Trustee<br>PO Box 4853<br>Trenton, NJ  08650-4853<br>609-587-6888<br>By:  Albert Russo | |
| In re:<br><br>Rawlson Ramroop<br>Kriz M Ramroop<br><div align="center">Debtors</div> | Chapter 13 Case No. 19-25044 / CMG<br><br>Judge: Christine M. Gravelle |

# NOTICE OF RESERVE ON FILED CLAIM

Creditor:          VICTORIA C.  KRIEF & JACOB KRIEF
Trustee Claim ID:    10
Court Claim No:      9-1
Claimed Amount:    $5,000.00
Date Claim Filed:    09/12/2019

Please be advised that a reserve has been placed on the above named claim for the following reason( s):

· The Trustee has attempted to disburse to creditor. The post office has returned mail marked "unable to forward".

Unless we receive the information needed or the necessary documents are filed with the Bankruptcy Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

DATED:  6/17/2022                          /s/ Albert Russo
                                           Albert Russo
                                           Standing Chapter 13 Trustee