| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

In re:

Rawlson Ramroop
Kriz M Ramroop

Debtor(s)

Case No.: 19-25044 / CMG

Chapter 13

Hearing Date: 8/17/22 at 9:00 AM

Judge: Christine M. Gravelle

**CERTIFICATION IN SUPPORT OF TRUSTEE'S POST-CONFIRMATION MOTION TO DISMISS**

This matter is being brought before the court for the following reason(s):

> The debtor failed to comply with the terms of the plan in that all required payments to the Trustee have not been made.  The debtor is in arrears in the amount of $17,874.00 as of the date of filing this motion.  The last payment from the debtor(s) was received on 5/10/2022 in the amount of $2,979.00.

I, Anita Travea, an employee in the office of the Standing Chapter 13 Trustee, hereby certify that the information contained in this Certification is true and correct to the best of my knowledge, information and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 07/11/2022

/s/ Anita Travea

Anita Travea