UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Angela Nascondiglio Stein, Esq.
anstein@middlebrooksshapiro.com
Attorneys for Chapter 13 Debtors

| | |
|---|---|
| In Re: <br><br> RAWLSON AND KRIZ M. RAMROOP, <br><br> Chapter 13 Debtors. | Case No.: _____19-25044-CMG_____ <br><br> Judge: _____Gravelle_____ <br><br> Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____8/17_____, at __9 a.m.__.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☒ Payments have been made in the amount of $ _____$5,000.00_____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

The Debtors were very sick with COVID leaving them unable to make payments. The Debtors propose to recapitalize the balance of arrears starting in August.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 8/2/20222    /s/Rawlson Ramroop
                   Debtor's Signature

Date: 8/2/20222    /s/Kriz M. Ramroop
                   Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*



Dashboard    Welcome, Kriz Ramroop    Language

## Transaction

**Name**
Kriz Ramroop

**Address**
61 Erin Drive, Jackson, NJ, 08527

**Trustee Name**
Albert Russo

**Case Number**
19-25044

**Date Started**
N/A

**Date Cleared**

**Account Number**
XXXXXX7199

**Status**
Scheduled

**Transaction ID**
11858788

**Amount**
$5,000.00